IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff, | )<br>)<br>) |
| v. | )<br>) CIVIL CASE NO. 5:09-CV-1234-SL<br>) |
| EDWARD M. BRODA and<br>MARY F. BRODA,   Defendants. | )<br>)<br>)<br>) |

**ORDER REGARDING ENTRY OF JUDGMENT AND TERMS OF COURT-ORDERED INSTALLMENT PAYMENT PLAN FOR SETTLEMENT OF JUDGMENT**

This matter comes before the Court upon the *Stipulation for Entry of Judgment and Terms of Court-Ordered Installment Payment Plan for Settlement of Judgment* (Docket Entry No. 7)  It is:

ORDERED, ADJUDGED, and DECREED, that defendants Edward M. Broda and Mary F. Broda consent to the entry of judgment against them, jointly and individually, in favor of plaintiff United States of America in the amount of $22,226.66, plus statutory interest and additions after November 6, 2013, including interest pursuant to 26 U.S.C. §§ 6601, 6621 and

6622, and 28 U.S.C. § 1961(c) for the unpaid balance of assessments for taxes, penalties and interest for the 2005 tax year that is the subject of the government's Complaint.

This case is closed.

SO ORDERED.

_____
Sara Lioi
United States District Court Judge

October 28, 2013
Date